[No. 3445-3-III.   Division Three.   April 14, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD M. TESDAHL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26955, William J. Grant, J., entered May 15, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 3770-3-III.   Division Three.   April 16, 1981.]

WILLIAM FRANZ, *Appellant,* v. ROY LENNART SODERBERG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Ferry County, No. 6558, B. E. Kohls, J., entered December 10, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 3663-4-III.   Division Three.   April 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. APRIL MAY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-1-00541-1, John J. Lally, J., entered September 26, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8222-1-I.   Division One.   April 20, 1981.]

STEPHEN P. RICKEY, *Appellant,* v. VIC COX MOBILE HOMES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-2-02040-1, Thomas G. McCrea, J., entered November 6, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Swanson, J.